No. 616. LOUISVILLE GAS & ELECTRIC CO. *v.* FEDERAL POWER COMMISSION. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Charles W. Milner, A. Louis Flynn,* and *Helmer Hansen* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Charles V. Shannon* and *Howard E. Wahrenbrock* for respondent.

No. 617. JAYNE ET AL. *v.* NATIONAL LIFE INSURANCE CO. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. John H. Cantrell* for petitioners.

No. 621. BAYSIDE BUS CORP. *v.* UNITED STATES. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Emanuel Harris* for petitioner. *Solicitor General Fahy* and *Assistant Attorney General Shea* for the United States.

No. 627. GUTTMANN ET AL. *v.* PITTSBURGH TERMINAL COAL CORP. ET AL. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Mr. Harry Hoffman* for petitioners. *Mr. William H. Eckert* for the Union Trust Co., and *Mr. H. Eastman Hackney*